

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-24-00787-CV

**IN RE BPX OPERATING COMPANY**

Original Proceeding[1]

**ORDER**

On November 20, 2024, relator filed a petition for a writ of mandamus. After considering the mandamus petition and record, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on April 9, 2025.

*H. Todd McCray*
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 24-07-00059-CVL, styled *La Salle Co. Outfitters II, LLC, and La Salle Co. Outfitters, LLC v. BP American Production Company*, pending in the 81st Judicial District Court, La Salle County, Texas, the Honorable Jennifer Dillingham presiding.